United States Bankruptcy Court
Southern District of Texas

**ENTERED**
June 20, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

IN RE: §
RHEA RADFORD § CASE NO. 24-30502
§
Debtor § Chapter 13

**ORDER GRANTING MOTION TO VACATE ORDER OF DISMISSAL**

On this _____ day of _____ 2024, came to be heard the Debtor's

Leave is granted to supplement the emergency motion with a certificate of conference between counsel and the counsel to the Trustee.

Signed: June 19, 2024

Marvin Isgur
United States Bankruptcy Judge